ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28 AM 10: 07

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOE T. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 306-6 |
| | ) |
| TIMOTHY G. VAUGHN et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for injunctive relief, Doc. 5, is **DENIED**.[1] Plaintiff's motion to dismiss Defendant Atkins, Doc. 4, is **GRANTED**.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] To supplement the Magistrate Judge's Report and Recommendation, inasmuch as plaintiff pursues a collateral attack in a federal court against a final state court judgment, his motion for injunctive relief should also be denied under the Rooker-Feldman doctrine. District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983); Blue Cross and Blue Shield of Maryland, Inc. v. Weiner, 868 F.2d 1550, 1153-54 (11th Cir. 1989).